## MARYLAND & VIRGINIA ELDERSHIP OF THE CHURCHES OF GOD ET AL. v. CHURCH OF GOD AT SHARPSBURG, INC., ET AL.

No. 357.  Decided February 24, 1969.

*James H. Booser, Alfred L. Scanlan,* and *Martin J. Flynn* for appellants.

*Leo Pfeffer* for the General Eldership of the Churches of God in North America, as *amicus curiae,* in support of appellants.

PER CURIAM.

The judgment is vacated and the case is remanded to the Court of Appeals of Maryland for further consideration in light of *Presbyterian Church in the United States* v. *Mary Elizabeth Blue Hull Memorial Presbyterian Church, ante,* p. 440.

## BECKER v. VIRGINIA.

No. 431.  Decided February 24, 1969.

*Garland M. Layton* for appellant.
*Andre Evans* and *Joseph L. Lyle, Jr.,* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.